UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

| | |
|---|---|
| GENO TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:05CV01277JCH |
| | ) |
| INVITROGEN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## *STIPULATION FOR DISMISSAL*

It is hereby stipulated by and between Plaintiff Geno Technologies, Inc. and Defendant Invitrogen Corporation that all claims of all parties are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

*/s/ Daniel T. Rabbitt*
Daniel T. Rabbitt  #18652
Federal Registration No. 4111
RABBITT, PITZER & SNODGRASS, P.C.
Attorney for Plaintiff
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

*/s/ Timothy Bucknell*
Timothy Bucknell
ARENT FOX PLLC
Attorneys for Plaintiff
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000
(202) 857-6035 (Fax)

00198315.DOC;1

_____
Philip C. Graham #23458
HELFREY, SIMON & JONES P.C.
Attorneys for Defendant
120 S. Central Avenue, Suite 1500
St. Louis, Missouri 63105
314-725-9100
314-725-5754 (Fax)

_____
Matthew Murphey
GORDON & REES LLP
Attorneys for Defendant
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201
214-461-4050
214-461-4053 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 10th day of April, 2006 to be served by operation of the Court's electronic filing system upon the following: **Mr. Philip C. Graham**, Attorney for Defendant Invitrogen Corporation, Helfrey, Simon & Jones P.C., 120 S. Central Avenue, Suite 1500, St. Louis, Missouri 63105 (e-mail: grahamp@hsjlawstl.com); and **Mr. Matthew Murphey**, Attorney for Defendant Invitrogen Corporation, Gordon & Rees, LLP, 2100 Ross Avenue, Suite 2600, Dallas, Texas 75201.

/west
04-10-06